DALE K. GALIPO ESQ. Bar No. 144074
MELANIE T. PARTOW, Bar No. 254843
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118
Email: dalekgalipo@yahoo.com; mpartow@galipolaw.com

RAFII & ASSOCIATES, P.C.
Daniel J. Rafii, Esq. (SBN 244174)
Daniel@rafiilaw.com
10100 Santa Monica Blvd, Suite 300
Los Angeles, CA 90067
Phone: (310) 651-9926
Facsimile: (310) 651-9927
*Attorneys for Plaintiffs*

James N. Procter II – State Bar No. 96589
PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone: (805) 278-0920
Facsimile: (805) 278-0289
Email: jprocter@proctershyer.com
*Attorneys for Defendant,*
*CITY OF PORT HUENEME*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES DELUCA, individually, and as successor in interest to Michael M. DeLuca, deceased; and VINCENT PETER DELUCA, individually, and successor in interest to Michael M. DeLuca, deceased; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PORT HUENEME, a muncipality; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No.: CV14-02680-ODW (JCx)** <br><br> [*Honorable Otis D. Wright, II*] <br><br> **JUDGMENT AND ORDER** <br><br> <u>*Current Dates:*</u> <br> MIL Hrg.:      October 5, 2015 <br> Trial:              November 3, 2015 |

**JUDGMENT AND ORDER**

Having reviewed and granted the parties' stipulation to dismiss all claims in their entirety against all defendants by all plaintiffs with prejudice pursuant to this Court's Order filed October 5, 2015 (Dkt. #59), the case  is hereby ordered dismissed with prejudice.

**IT IS SO ORDERED.**


Dated: December 16, 2015          _____

Honorable Otis D. Wright, II
United States District Court
Central District of California